UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-2274

DAVID M. STRONG,

Plaintiff - Appellant,

versus

TOMMY G. THOMPSON, SECRETARY, UNITED STATES
DEPARTMENT OF HEALTH AND HUMAN SERVICES,

Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Frederic N. Smalkin, Chief District Judge.
(CA-00-3507-S)

Submitted:  April 25, 2002          Decided:  May 1, 2002

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

David M. Strong, Appellant Pro Se.  Thomas Michael DiBiagio, Tawana
Elaine Davis, Michael Anthony DiPietro, OFFICE OF THE UNITED STATES
ATTORNEY, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David M. Strong appeals the district court's orders granting summary judgment to the Defendant in Strong's action claiming discrimination on the basis of race and violation of the Rehabilitation Act of 1973 and denying Strong's motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Strong v. Thompson, Sec'y, Health & Human Servs.</u>, No. CA-00-3507-S (D. Md. Aug. 29, 2001; filed Sept. 14, 2001 & entered Oct. 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>